Robert H. Rexrode, III, Attorney, Law Offices of Robert H. Rexrode, San Diego, CA, for Defendant-Appellant

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

MEMORANDUM **

Martin Arriola-Oregel appeals from the district court's judgment and challenges the 48-month sentence imposed following his guilty-plea conviction for importation of methamphetamine, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction under 28 U.S.C. § 1291, and we vacate and remand for resentencing.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Arriola-Oregel argues that the district court erred in denying a minor role reduction to his base level offense under U.S.S.G. § 3B1.2(b). After Arriola-Oregel was sentenced, the United States Sentencing Commission issued Amendment 794 ("the Amendment"), which amended the commentary to the minor role Guideline. The Amendment is retroactive to cases pending on direct appeal. See United States v. Quintero-Leyva, 823 F.3d 519, 523 (9th Cir. 2016). Among other things, the Amendment added a non-exhaustive list of factors that a court "should consider" in determining whether to apply a minor role reduction. See id. Because the Amendment was not yet in effect, the district court did not consider those factors. Accordingly, we vacate Arriola-Oregel's sentence and remand for resentencing under the Amendment. See Quintero-Leyva, 823 F.3d at 523-24.

**VACATED and REMANDED for resentencing.**

UNITED STATES of America,
Plaintiff-Appellee,

v.

Marcial FALCON, Defendant-Appellant.

No. 15-50464

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted July 11, 2017 *

Filed July 17, 2017

Jean-Claude Andre, Attorney, DOJ—Office of the U.S. Attorney, Los Angeles, CA, Joseph Timothy McNally, Esquire, AUSA—Office of the U.S. Attorney, Santa Ana Branch Office, Santa Ana, CA, for Plaintiff-Appellee

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Marcial Falcon appeals from the 2015 judgment revoking his supervised release and imposing a ten-month sentence. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Falcon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Falcon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

The record reflects that, after Falcon served his ten-month sentence and was placed on supervised release, his supervised release was again revoked. Because the sentence imposed for the 2015 revocation is no longer in effect, we can provide no effective relief to Falcon. We, therefore, dismiss this appeal as moot. *See Spencer v. Kemna*, 523 U.S. 1, 7-14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

